# EXHIBIT B

**Bochetto & Lentz**
Gavin P. Lentz, Esq.
Email: glentz@bochettoandlentz.com
Todd S. McGarvey, Esq.
Email: tmcgarvey@bochettoandlentz.com
1524 Locust Street
Philadelphia, PA 19102
Telephone:   (215) 735-3900
Facsimile:    (215) 735-2455

Attorneys for Plaintiff,
DON TROIANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| DON TROIANI,<br><br>             Plaintiff,<br><br>v.<br><br>CAFEPRESS.COM, INC, et al,<br><br>             Defendants. | CASE NO. 08-CV-01608-CMR<br><br><br>STIPULATION AND ORDER FOR<br>DISMISSAL OF CLAIMS AGAINST<br>DEFENDANT CAFEPRESS.COM, INC.<br>WITH PREJUDICE |

IT IS HEREBY STIPULATED and agreed, by and between plaintiff, Don Troiani, and defendant CafePress.com, Inc. ("CafePress"), through their respective counsel of record, that between them they have reached a settlement resolving all claims at issue in this case and that pursuant to Federal Rule of Civil Procedure 41(a)(1) all claims for relief alleged herein against CafePress be dismissed with prejudice.

Each party shall bear its own attorney's fees and costs of suit.

**IT IS SO STIPULATED.**

DATED: June 18, 2008          BOCHETTO & LENTZ

By: _____
Gavin P. Lentz, Esq.
Email: glentz@bochettoandlentz.com
Todd S. McGarvey, Esq.
Email: tmcgarvey@bochettoandlentz.com
1524 Locust Street
Philadelphia, PA 19102
Telephone:   (215) 735-3900
Facsimile:    (215) 735-2455

DATED: June 20, 2008          GREENBERG TRAURIG LLP

By: per attached
Brian T. Feeney
Email: FeeneyB@gtlaw.com
Two Commerce Square
Suite 2700
2001 Market Street
Philadelphia, PA 19103
Telephone: 215-988-7800
Facsimile: 215-988-7801
Attorneys for Defendant,
CAFEPRESS.COM, INC.

## ORDER OF DISMISSAL

**PURSUANT** to the foregoing stipulation, all of plaintiff Don Troiani's claims for relief against defendant CafePress.com, Inc. are dismissed with prejudice.

Each party shall bear its own attorney's fees and costs of suit.

**IT IS SO ORDERED.**

DATED: _____, 2008      By: _____
                              United States District Court Judge